IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:20-cv-253 |
| ROBERT ALLEN HUGGINS AND CHRISTY LYNN HUGGINS, | § § § § | |
| Defendants. | § | |

**AGREED ORDER AS TO DEFENDANTS ROBERT ALLEN HUGGINS AND CHRISTY LYNN HUGGINS**

PHH Mortgage Corporation ("PHH" or "Plaintiff") and Defendants Robert Allen Huggins and Christy Lynn Huggins ("Defendants") file this, their *Agreed Order as to Defendants Robert Allen Huggins and Christy Lynn Huggins* and respectfully show the Court as follows:

**I.**

1. Defendants stipulate that they disclaims their interest, if any, in the Property at issue in this lawsuit, commonly known as 188 Encino Loma, Killeen, Texas 76542, and more particularly described as:

   LOT SIX (6), ENCINO LOMA, A RESUBDIVISION OF TRACT "B" TRIPLE SEVEN RIVER ESTATES, SECTION THREE, BELL COUNTY, TEXAS, AS PER PLAT OF RECORD IN CABINET A, SLIDE 9-B, PLAT RECORDS OF BELL COUNTY, TEXAS.

(the "Property").

2. Defendants further stipulate that they will not claim any interest in the Property at any future time. Additionally, they understand that the Court may rely upon the contents of this Agreed Order in the adjudication of this matter.

3. Accordingly, Plaintiff respectfully requests that the Court take notice of the

stipulation by the Defendants that they claim no interest in the Property, as it relates to this matter and the claims asserted by Plaintiff in this action.

4. Given the foregoing, Plaintiff no longer has any claims against Defendants Robert Allen Huggins and Christy Lynn Huggins.

5. The Plaintiff and Defendants have mutually agreed to the dismissal of said Defendants from this action, on the condition that Plaintiff's claims against them are dismissed without prejudice. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Defendants Robert Allen Huggins and Christy Lynn Huggins have no interest in the Property and are barred from claiming any interest in the Property in future. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims in this action against Defendants Robert Allen Huggins and Christy Lynn Huggins are dismissed without prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff or its successors or assigns, may proceed with foreclosure on Defendants Robert Allen Huggins and Christy Lynn Huggins's interest in the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code.  It is further,

**ORDERED, ADJUDGED AND DECREED** that foreclosure notices may be mailed to Robert Allen Huggins at 2707 Maria Drive, Killeen, Texas 76549; and Christy Lynn Huggins at 4208 Gus Drive #A, Killeen, Texas 76549. It is further,

**ORDERED, ADJUDGED and DECREED** that except as otherwise noted, Plaintiff and Defendants Robert Allen Huggins and Christy Lynn Huggins are each to bear their respective costs and attorney's fees, if any.

**SIGNED** and **ENTERED** on this the 7th day of April 2020.

_____
**PRESIDING JUDGE**

**AGREED AS TO FORM AND SUBSTANCE:**

By: */s/ Jonathan C. Smith*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**JONATHAN C. SMITH**
Texas Bar No. 24103940
jsmith@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650
214-635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**

*and*

By: _____
**ROBERT ALLEN HUGGINS**
2707 Maria Drive
Killeen, Texas 76549
*Defendant*

By: _____
**CHRISTY LYNN HUGGINS**
4208 Gus Drive #A
Killeen, Texas 76549
*Defendant*